UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN GLADDEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                    Defendant. | No.   1:15-CV-03196-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's November 2, 2016 Report and Recommendation, ECF No. 21, recommending that this Court granting Defendant's Motion for Summary Judgment, ECF 19, and deny Plaintiff's Motion for Summary Judgment, ECF 17. The deadline for filing objections was November 16, 2016. No objections have been filed.

After reviewing the Report and Recommendation, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 21**, is **ADOPTED** in its entirety.

ORDER **-** 1

**2.** Plaintiff's Motion for Summary Judgment**, ECF 17,** is **DENIED**.

**3.** Defendant's Motion for Summary Judgment, **ECF 19,** is **GRANTED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment accordingly and provide copies to all counsel and Magistrate Judge Rodgers. Also, the Clerk's Office is directed to **CLOSE** this file.

**DATED** this 1st day of December 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge